**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PHYLLIS JAMES PARKER STOKES,

    Plaintiff,

v.

DELEWARE NORTH d/b/a
JACKSONVILLE SPORTSERVICE,
INC.,

    Defendants.

Case No.: 3:17-cv-00675-TJC-JRK

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JACKSONVILLE SPORTSERVICE, INC. ("JSI") states that its parent company is Delaware North Companies Sportservice, Inc. (which in turn is wholly owned by Delaware North Companies, Inc.). There are no publicly traded companies that own 10 percent or more of JSI's stock.

DATED:  July 6, 2017                               Respectfully submitted,

                                                       SEYFARTH SHAW LLP

                                                       By: s/*Alex S. Drummond*
                                                            Alex S. Drummond
                                                            Florida Bar No. 0038307
                                                            adrummond@seyfarth.com
                                                            Christina F. Meddin
                                                            Florida Bar No. 120489
                                                            SEYFARTH SHAW LLP
                                                            1075 Peachtree Street, N.E.
                                                            Suite 2500
                                                            Atlanta, GA  30309-3958
                                                           Telephone:  (404) 885-1500
                                                           Facsimile:  (404) 892-7056

                                                           Attorneys for Defendant Jacksonville Sportservice, Inc.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHYLLIS JAMES PARKER STOKES,

    Plaintiff,

v.

DELEWARE NORTH d/b/a
JACKSONVILLE SPORTSERVICE,
INC.,

    Defendants.

Case No.: 3:17-cv-00675-TJC-JRK

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2017, I electronically filed DEFENDANT'S CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

J. Eric Jones
The Jones Law Firm, PA
PO Box 441495
Jacksonville, Florida  32222

By: s/*Alex S. Drummond*
    Alex S. Drummond